IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| Petition for Court Approval of a Minor's Settlement for KACI BAILEY, Individually, and RHONDA HORNBEAK, as Mother and next friend of KACI BAILEY, | * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | NO: 01-1149 |
| DAVID G. KARR, and SCHNEIDER NATIONAL CARRIERS, INC. | * * * | JURY DEMANDED |
| Defendants. | * | |

FILED
JUL 14 2005
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

### ORDER TO ACCESS FUNDS

THIS CAUSE came on to be heard upon the entire record in this cause, but particularly and especially upon Plaintiff's Motion to Access Funds on the basis that the Plaintiff, Kaci Bailey, has reached the age of majority and is therefore entitled to receive her settlement proceeds, and for good cause shown, it is, therefore:

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Access Funds is hereby granted, and that said settlement proceeds are to be released to the Plaintiff, Kaci Bailey.

ENTERED this 13th day of July, 2005.

HONORABLE J. DANIEL BREEN

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:01-CV-01149 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Kyle E. Crowe
CROWE LAW FIRM
P.O. Box 500
Martin, TN 38237

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT